1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL MAURICE CARTER,

11              Petitioner,                          No. CIV S-12-0507 EFB P

12        vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA,

14
                Respondent.                          ORDER
15
     _____/
16

17        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

18   U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

19        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford

20   the costs of suit.

21        A petitioner seeking a writ of habeas corpus must name as respondent the person having

22   custody over him.  28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases.  This

23   person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v.*

24   *California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Petitioner names as respondent

25   People of the State of California, who does not have custody over petitioner.  Petitioner has not

26   named the proper respondent.

                                                    1

1       Accordingly, it is ORDERED that:

2       1.  Petitioner's February 27, 2012 motion for leave to proceed *in forma pauperis* is

3   granted; and,

4       2.  The February 27, 2012 petition is dismissed with leave to file an amended petition

5   naming the proper respondent within 30 days of the date of this order.  Petitioner's failure to file

6   an amended petition will result in a recommendation that this action be dismissed without

7   prejudice.  The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of

8   Habeas Corpus used in this court.

9   DATED:  March 5, 2012.

10                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2