IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MAURICE CARTER,

        Petitioner,            No. 2:12-cv-0507 EFB P

    vs.

MIKE MCDONALD,[1]

        Respondent.        ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 26, 2012, respondent filed an answer to petitioner's petition for writ of habeas corpus. Dckt. No. 13. Pursuant to the court's May 3, 2012 order, petitioner's reply, if any, was to be filed and served within 30 days of service of the answer. Dckt. No. 9. On September 6, 2012, petitioned filed a letter with the court in which he explains that he inadvertently sent his reply to the Attorney General's office and that he has not been able to have it returned. Dckt. No. 19. Given petitioner's inadvertence, the court will grant petitioner an

---

[1] "Warden Gower" was previously named as the respondent. Mike McDonald is the warden of High Desert State Prison, where petitioner is confined. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Accordingly, the court now substitutes in Mike McDonald as the respondent.

1

1 additional 30 days to redraft his reply and file it with the court.

2      Accordingly, it is ORDERED that petitioner's reply, if any, shall be filed and served
3 within 30 days from the date this order is served.

4 Dated: October 4, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE