IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MAURICE CARTER,

    Petitioner,                    No. 2:12-cv-0507 EFB P

    vs.

MIKE MCDONALD,

    Respondents.                <u>ORDER</u>

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

        Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel, Dckt. No. 22, is denied without prejudice.

Dated: November 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE